McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-260-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| CHRISTIAN CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Christian Crawford it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Christian Crawford's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) One Compaq Presario laptop computer, model V2000, serial number CNF53334NT; and

    b) One Seagate 60 GB IDE hard drive, model ST960822A, serial number 3LF1ST04.

1    2.  The above-listed property constitutes property involved
2 in a violation of 18 U.S.C. § 2252.
3    3.  Pursuant to Rule 32.2(b), the Attorney General (or a
4 designee) shall be authorized to seize the above-listed property.
5 The aforementioned property shall be seized and held by the
6 United States, in its secure custody and control.
7    4.  a.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating
8 21 U.S.C. § 853(n), and Local Rule 83-171, the United States
9 shall publish notice of the order of forfeiture.  Notice of this
10 Order and notice of the Attorney General's (or a designee's)
11 intent to dispose of the property in such manner as the Attorney
12 General may direct shall be posted for at least 30 consecutive
13 days on the official internet government forfeiture site
14 www.forfeiture.gov.  The United States may also, to the extent
15 practicable, provide direct written notice to any person known to
16 have alleged an interest in the property that is the subject of
17 the order of forfeiture as a substitute for published notice as
18 to those persons so notified.
19      b.  This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26    5.  If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

Dated: October 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge