**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:          February 12, 2009

TO:            The Honorable Garland E. Burrell, Jr.

FROM:          Lexi Negin, Assistant Federal Defender

SUBJECT:       <u>United States v. Christian Crawford</u>
               08-260 (GEB)

---

The parties and the United States Probation Office agree to continue Mr. Crawford's sentencing to **March 27, 2009, at 9:00 a.m.**  The Presentence Report is complete, but defense counsel needs additional time to draft and file formal objections.  The parties agree to the following schedule:

Motion for Correction of the Pre-Sentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel no
Later Than:                                                        March 13, 2009

Reply or Statement of No Opposition
and Sentencing Memoranda due to the Court and Opposing
Counsel:                                                           March 20, 2009

Sentencing:                                                        March 27, 2009

Please contact me if you have any questions or require any further information.


IT IS SO ORDERED:

Dated:  February 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge