IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

CHRISTIAN CRAWFORD,

      Defendant.

2:08-cr-260-GEB

ORDER

Defendant objects to the use of the word "predator" in the Presentence Report (PSR), arguing the PSR should be rewritten without the word because it is needlessly inflammatory and connotes a legal conclusion about Defendant. However, given the context of its usage in the PSR, it is not construed as stating a legal conclusion; rather, the word is understood to be used as a lay term. Therefore, the objection is overruled.

In light of the nature of this ruling, a copy of this order shall be appended "to any copy of the [PSR] made available to the Bureau of Prisons." Fed. R. Crim. P. 32(i)(3)(C).

Dated: March 27, 2009

GARLAND E. BURRELL, JR.
United States District Judge